IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Carlos Gomez, on behalf of himself and all other similarly situated persons, known and unknown, Plaintiff,<br>v.<br>Casa Margarita III, Inc. and Al Lotfi, individually, Defendants. | Case No. 15-cv-1397<br><br>Judge Bucklo |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), the opposing party not having filed an Answer, respectfully requests that the Court dismiss all causes of action and this case in its entirety, with prejudice and without costs to either party, except as otherwise provided for by agreement of the parties.

Respectfully submitted,

s/ David E. Stevens
David E. Stevens
One of Plaintiff's Attorneys
**CONSUMER LAW GROUP, LLC**
6232 N. Pulaski, Suite 200
Chicago, IL 60646
PHONE: 312-219-6838
dstevens@yourclg.com